# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4275

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of South Dakota. |
| | * | |
| Ken Youngman, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 11, 2000

Filed: May 18, 2000

_____

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and HENDREN,* District
Judge.

_____

PER CURIAM.

Ken Youngman appeals his convictions for assault resulting in serious bodily injury and assault with a dangerous weapon. Youngman raises several contentions related to the admissibility of certain evidence offered by the government and to the denial of his motion for a mistrial based on prosecutorial misconduct. Because Youngman's appeal involves the straightforward application of settled principles of law,

*The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, sitting by designation.

we conclude that a discussion of the issues by the panel will serve no useful purpose. We have carefully considered Youngman's arguments and find them to be without merit.  We thus affirm Youngman's convictions.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.